John L. Burris (SBN 69888)
Benjamin Nisenbaum (SBN 222173)
James Cook (SBN 300212)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff
KARAN SINGH

Gregory M. Fox (SBN 070876)
Joanne Tran (SBN 294402)
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Harvey E. Levine, City Attorney (SBN 61880)
CITY OF FREMONT
3300 Capitol Avenue
P.O. Box 5006
Fremont, CA 94537-5006
Telephone:   (510) 284-4030
Facsimile:   (510) 284-4031

Attorneys for Defendants
CITY OF FREMONT, JOEL LUEVANO,
and JOEL HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAN SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, a municipal corporation JOEL LUEVANO, individually and in his capacity as an officer for the FREMONT Police Department; JOEL HERNANDEZ, individually and in his capacity as an officer for the FREMONT Police Department and DOES 1- | Case No. 3:15-cv-04920-JD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**HONORABLE JAMES DONATO** |

25, inclusive, individually, jointly and severally,

    Defendants.

IT IS HEREBY STIPULATED by Plaintiff KARAN SINGH and Defendants CITY OF FREMONT, JOEL LUEVANO, JOEL HERNANDEZ and any other City of Fremont Police Department officers, through their respective undersigned counsel, that the above-captioned action be dismissed with prejudice in its entirety as to Defendants CITY OF FREMONT, JOEL LUEVANO, JOEL HERNANDEZ and any other City of Fremont Police Department officers, each side to bear its/his own fees and costs, pursuant to FRCP 41(a)(1)(A)(i).

**IT IS SO STIPULATED.**

Dated: September 8, 2016      THE LAW OFFICES OF JOHN L. BURRIS

By: */s/ Benjamin Nisenbaum*
John L. Burris
Benjamin Nisenbaum
James Cook
Attorneys for Plaintiff
KARAN SINGH

Dated: September 8, 2016      BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Joanne Tran*
Gregory M. Fox
Joanne Tran
Attorneys for Defendants
CITY OF FREMONT, JOEL LUEVANO,
and JOEL HERNANDEZ

## **ATTORNEY ATTESTATION**

I, Joanne Tran, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: September 9, 2016      By: */s/ Joanne Tran*
    Joanne Tran

STIPULATION OF DISMISSAL WITH PREJUDICE
*Singh v City of Fremont, et al.* Case No. 3:15-cv-04920-JD